**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7660**

CHARLES A. INKO-TARIAH,

       Plaintiff - Appellant,

    v.

FEDERAL MEDICAL CENTER BUTNER, NC; ART F. BEELER; RALPH NEWMAN; BRYON HERBEL; EDWARD LANDIS, III; JEAN ZULA; ROBERT E. COCHRANE,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-ct-03230-D)

Submitted:  March 24, 2022                       Decided:  March 29, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles A. Inko-Tariah, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Inko-Tariah appeals the district court's order dismissing his civil action under 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Inko-Tariah v. Fed. Med. Ctr. Butner*, No. 5:21-ct-03230-D (E.D.N.C. Nov. 4, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*